CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Isabel Rose Masanque, Esq., SBN 292673
Sara Gunderson, Esq., SBN 302582
Chris Carson, Esq., SBN 280048
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Renato Rico**,<br><br>    Plaintiff,<br><br>    v.<br><br>**Manijeh Tabatabai**, in individual and representative capacity as trustee of The Jahangiri Family Revocable Trust dated October 1, 2002; **Continental Currency Services, Inc**., a California Corporation;<br><br>Defendants. | **Case:** 2:19-CV-00271-JFW-SS<br><br>**Plaintiff's Notice of and Motion for Summary Judgment**<br><br>Date:  November 18, 2019<br>Time:  01:30 p.m.<br>Ctrm:  7A<br><br>Hon. Judge John F. Walter |

To all Defendants and their attorneys of record:

Please take notice that on November 18, 2019 at 1:30 p.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable John F. Walter, located at 350 W. 1st Street, Los Angeles, California, Plaintiff Renato Rico will and hereby does move this Court to enter summary judgment in favor of Plaintiff and against Defendants Manijeh Tabatabai and Continental Currency Services, Inc. ('Defendants').

Thus, Plaintiff seeks an order: (1) requiring Defendants to provide and maintain accessible transaction counter at the Continental Currency Services located at or about 2400 E. Florence Avenue, Huntington Park, California and; (2) judgment in favor of Plaintiff for $8,000.

This motion is made on the grounds that there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law filed concurrently herewith, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 14, 2019.

Dated: October 21, 2019        Center for Disability Access

                               By: */s/ Isabel Rose Masanque*
                               Isabel Rose Masanque
                               Attorneys for Plaintiff