UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Renato Rico**,<br><br>    Plaintiff,<br><br>  v.<br><br>**Manijeh Tabatabai**, in individual and representative capacity as trustee of The Jahangiri Family Revocable Trust dated October 1, 2002; **Continental Currency Services, Inc.**, a California Corporation;<br><br>    Defendants. | **Case:** 2:19-CV-00271-JFW-SS<br><br>Proposed **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

   Plaintiff's motion for summary judgment came on for hearing before this Court, Isabel Rose Masanque, Esq. appearing for Plaintiff Renato Rico and James S. Link appearing for Defendants Manijeh Tabatabai and Continental Currency Services, Inc. The Plaintiff has provided the facts necessary to establish that a violation under the Americans with Disabilities Act has occurred and that Plaintiff is entitled to injunctive relief. Therefore, after consideration of the briefs and arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED that plaintiff's motion for summary judgment is GRANTED.

Dated:                                   By:_____
                                         Hon. John F. Walter
                                         United States District Judge