CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Isabel Rose Masanque, Esq., SBN 292673
Sara Gunderson, Esq., SBN 302582
Chris Carson, Esq., SBN 280048
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Renato Rico**, <br><br> Plaintiff, <br><br> v. <br><br> **Manijeh Tabatabai**, in individual and representative capacity as trustee of The Jahangiri Family Revocable Trust dated October 1, 2002; **Continental Currency Services, Inc.**, a California Corporation; <br><br> Defendants. | **Case:** 2:19-CV-00271-JFW-SS <br><br> **Declaration of Isabel Rose Masanque in Support of Plaintiff's Motion for Summary Judgment** |

1. I, the undersigned, am one of the attorneys for Plaintiff, Renato Rico, and in that capacity of have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. Attached as Exhibit 8 is a true and correct copy of Defendant Continental Currency Services, Inc.'s Responses to Plaintiff's Requests for Admission (Set One).

3. Attached as Exhibit 9 is a true and correct copy of Defendant Manijeh

1

Decl. of Masanque, Ex. No. 1          Case: 2:19-CV-00271-JFW-SS

Tabatabai's Responses to Plaintiff's Requests for Admission (Set One).

4. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: October 21, 2019                    Center for Disability Access


                                           By: */s/ Isabel Rose Masanque*
                                           Isabel Rose Masanque
                                           Attorneys for Plaintiff

2