CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Isabel Rose Masanque, Esq., SBN 292673
Sara Gunderson, Esq., SBN 302582
Chris Carson, Esq., SBN 280048
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Renato Rico**, <br><br> Plaintiff, <br><br> v. <br><br> **Manijeh Tabatabai**, in individual and representative capacity as trustee of The Jahangiri Family Revocable Trust dated October 1, 2002; **Continental Currency Services, Inc.**, a California Corporation; <br><br> Defendants. | **Case:** 2:19-CV-00271-JFW-SS <br><br> **Declaration of Renato Rico in Support of His Motion for Summary Judgment** |

1. I, the undersigned, am the Plaintiff in this case. Based upon my own experience and knowledge, I can competently testify to the following:

2. I am a paraplegic. I cannot walk and use a wheelchair for mobility.

3. Attached as Exhibit '3' is a true and correct copy of one of my medical records indicating "Paraplegia" as one of my conditions.

4. On December 21, 2018, December 28, 2018, December 29, 2018 and December 31, 2018, I went to the Continental Currency Services located at or about 2400 E. Florence Avenue, Huntington

1

1 Park, California to cash checks and send money.

5. Attached as Exhibit "4" are the receipts for the transactions I conducted at the Continental Currency Services on December 21, 2018, December 28, 2018, December 29, 2018 and December 31, 2018.

6. During each visit, I found that although there were several transaction counter windows, customers were only being helped on one side of the store. The other windows had signs that said "NEXT WINDOW PLEASE."

7. When it was my turn to be helped, I approached the transaction counter where I was being summoned by the teller and found that it was too high for my use.

8. I observed a transaction counter window on the other side of the store that had a lowered writing surface. However, like the other transaction counters on that side, it had a sign that said "NEXT WINDOW PLEASE."

9. On at least one occasion, I asked the teller helping me if we could use the window with the lowered writing surface but I was told that the window was closed.

10. During my December visits, I was not aware of the existence of a lowered transaction counter where I could be helped. I did not see one anywhere in the store. And during each of my visits, the person helping me did not inform me or ask me if I wanted to be helped at a lowered counter.

11. Not having a lowered counter that I could use makes it difficult for me to conduct my transaction because reaching up high causes me to lose my balance.

12. Not having a lowered writing surface also makes it difficult for me

    to sign the paperwork for my transaction.

13. Even if I were to have used the counter with the lowered writing surface, I would have still needed to reach up to the higher counter to exchange paperwork and money with the teller.

14. The photographs submitted as Exhibit "6", truly and accurately depict the barriers I encountered at the Continental Currency Services, on my visits on December 21, 2018, December 28, 2018, December 29, 2019 and December 31, 2018.

15. I use check cashing services often to cash my workers' compensation check every two weeks, as well as to pay bills or send money to my family in Mexico.

16. The Continental Currency Services is located just 10 miles away from my home. It is also in close proximity to other restaurants and places that I frequent around town. Therefore, it is a convenient place for me to cash checks and send money.

17. I am currently deterred from visiting he Continental Currency Services because of my knowledge of the condition of the counters. However, I intend to return there once it is represented to me that the barriers have been allegedly removed.

18. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: October 21, 2019    By: *Renato Rico* (DocuSigned)
                                                Renato Rico