

## MoneyGram

**CANCEL - CUSTOMER RECEIPT\
CANCELAR - COPIA DEL CLIENTE**

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1(800)926-9400
www.moneygram.com

CONTINENTAL CURRENCY SERVICES - #0001
2400 E FLORENCE AVE
HUNTINGTON PARK
CA 902555727 UNITED STATES
Phone\Teléfono: 3235825895

Date of cancel\Fecha de cancelación: 31 Dec 20..
Time\Hora: 03:51 PM

The following transaction has be..
cancelled.\Se ha cancelado la sigui..
transacción

Reference Number\
N.úmero de referencia: 74999418
Original Date\Fecha original: 28 Dec 2018
Time\Hora: 03:56 PM

Reason for Cancellation\
Motivo de la ca..celación:
No Receive Location

Sender Information\
Información del remitente:
RICO FIGUEROA RENATO LEONARDO

Recipient Information\
Información del destinatario:
LEONARDO ISAAC RICO

---

CONTINENTAL CURRENCY SERVICES
2400 E. FLORENCE AVE.
HUNTINGTON PARK, CA 90255
Window - M25
(323)582-5895
12/21/2018  7:05 PM
Transaction  752824

|                      | Amount  | Fee   |
|----------------------|---------|-------|
| STATE OF CALIFORNIA  | 690.74  | 10.42 |

Subtotal              680.32-
Tendered                 .00
Change                680.32-

RENATO RICOFIGUEROA

**Thank You For Your business**

PRIVACY NOTICE: WE DO NOT DISCLOSE
ANY NONPUBLIC PERSONAL INFORMATION
TO ANYONE, EXCEPT AS PERMITTED BY
LAW.

AUTO TITLE LOANS AVAILABLE NOW AT

---

CONTINENTAL CURRENCY SERVICES
2400 E. FLORENCE AVE.
HUNTINGTON PARK, CA 90255
Window - M25
(323)582-5895
12/21/2018  7:07 PM
Transaction  752896

|                          | Amount | Fee  |
|--------------------------|--------|------|
| Money Order 3114393557   | 81.00  | 1.99 |

                              82.99
Subtotal                     100.00
Tendered                      17.01-
Change

**Thank You For Your Business**

---

## MoneyGram

**SEND - CUSTOMER RECEIPT\
ENVIAR - RECIBO DEL CLIENTE**

MoneyGram Payment Systems, Inc.
1550 Utica Ave S
Minneapolis, MN 55416
1(800)926-9400
www.moneygram.com

CONTINENTAL CURRENCY SERVICES - #0001
2400 E FLORENCE AVE
HUNTINGTON PARK, CA 902555727 UNITED STATES
Phone\Teléfono: 3235825895
506564970702

Date\Fecha: 29 Dec 2018
Time\Hora: 01:57 PM

Sender Information\
Información del remitente:
RICO FIGUEROA RENATO LEONARDO
6037 FLORENCE AVE
SOUTH GATE, CA USA 90280
Phone\Teléfono: 3238495360

Recipient Information\
Información del destinatario:
CATALINA RICO FIGUEROA
Expected Destination\
Destino Esperado:
MEX - Mexico ()
10 Minute Service\
Servicio 10 minutos

Reference Number\
Número de referencia:
49769136

Time\Hora: 03:56 PM

Reason for Cancellation\
Motivo de la cancelación:
No Receive Location

**Sender Information\
Información del remitente:**
RICO FIGUEROA RENATO LEONARDO

**Recipient Information\
Información del destinatario:**
LEONARDO ISAAC RICO

Transfer Amount\
Monto de la transferencia: 20.00 USD

Transfer Fee\
Tarifa de la transferencia: +0.00 USD

Transfer Taxes\
Impuestos de la transferencia: +0.00 USD

Total\Total: 20.00 USD

Please collect the money from the Agent\
Recoja el dinero del agente

---

(323)582-5895
12/21/2018 7:07 PM
Transaction 752896

| | Amount | Fee |
|---|---|---|
| Money Order 3114393557 | 81.00 | 1.99 |
| Subtotal | 82.99 | |
| Tendered | 100.00 | |
| Change | 17.01- | |

**Thank You For Your Business**

PRIVACY NOTICE: WE DO NOT DISCLOSE
ANY NONPUBLIC PERSONAL INFORMATION
TO ANYONE, EXCEPT AS PERMITTED BY
LAW.

AUTO TITLE LOANS AVAILABLE NOW AT

---

CONTINENTAL CURRENCY SERVICES
2400 E. FLORENCE AVE.
HUNTINGTON PARK, CA 90255
Window - M24
(323)582-5895
12/28/2018 2:02 PM
Transaction 867600

| | Amount | Fee |
|---|---|---|
| STATE OF CALIFORNIA | 690.74 | 10.42 |
| MONEY GRAM | 20.00 | 5.00 |
| MTCN: 74999418 | | |
| Subtotal | 655.32- | |
| Tendered | .00 | |
| Change | 655.32- | |

RENATO RICOFIGUEROA

**Thank You For Your Business**

PRIVACY NOTICE: WE DO NOT DISCLOSE
ANY NONPUBLIC PERSONAL INFORMATION
TO ANYONE, EXCEPT AS PERMITTED BY
LAW.

AUTO TITLE LOANS AVAILABLE NOW AT

---

6037 FLORENCE AVE
SOUTH GATE, CA USA 90280
Phone\Teléfono:3238495360

**Recipient Information\
Información del destinatario:**
CATALINA RICO FIGUEROA

Expected Destination\
Destino Esperado:
MEX - Mexico ()
10 Minute Service\
Servicio 10 minutos

**Reference Number\
Número de referencia:
49769136**

Date Available in Receive Country\
Fecha disponible en país de destino:
29 Dec 2018

*May be available sooner*\
*Puede estar disponible antes*

Transfer Amount\
Monto de la transferencia: 290.00 USD

Transfer Fee\
Tarifa de la transferencia: +9.99 USD

Transfer Taxes\
Impuestos de la transferencia: +0.00 USD

Total\Total: 299.99 USD

Exchange Rate\
Tipo de cambio: 1 USD = 19.5339 MXN

Transfer Amount\
Monto de la transferencia: 5664.84 MXN

Other Fees\
Otras tarifas: -0.00 MXN

Other Taxes\
Otros impuestos: -0.00 MXN

Total to Recipient\
Total para el destinatario: **5664.84 MXN**

Recipient may receive less due to fees charged by the
recipient's bank and foreign taxes.\
El recipiente puede recibir menos debido a honorarios
cobrados por banco del recipiente e impuestos
extranjeros.

You have a right to dispute errors in your transaction.
If you think there is an error, contact us within 180
days at 1-800-926-9400 or www.moneygram.com. You can
also contact us for a written explanation of your

## Receipt 1 (Left)

2400 E FLORENCE AVE
HUNTINGTON PARK
CA 902555727 UNITED STATES
Phone\Teléfono: 3235825895

Date of cancel\Fecha de cancelación: 31 Dec 20
Time\Hora: 03:51 PM

The following transaction has be
cancelled.\Se ha cancelado la sigui
transacción

Reference Number\
N.úmero de referencia: 74999418
Original Date\Fecha original: 28 Dec 2018
Time\Hora: 03:56 PM

Reason for Cancellation\
Motivo de la cancelación:
No Receive Location

Sender Information\
Información del remitente:
RICO FIGUEROA RENATO LEONARDO

Recipient Information\
Información del destinatario:
LEONARDO ISAAC RICO

Transfer Amount\
Monto de la transferencia:           20.00 USD
Transfer Fee\
Tarifa de la transferencia:          +0.00 USD
Transfer Taxes\
Impuestos de la transferencia:       +0.00 USD

Total\Total:                          20.00 USD

Please collect the money from the
Recoja el dinero del agente

## Receipt 2 (Middle Top)

**Thank You For Your Business**

PRIVACY NOTICE: WE DO NOT DISCLOSE
ANY NONPUBLIC PERSONAL INFORMATION
TO ANYONE, EXCEPT AS PERMITTED BY
LAW.

AUTO TITLE LOANS AVAILABLE NOW AT

CONTINENTAL CURRENCY SERVICES
2400 E. FLORENCE AVE.
HUNTINGTON PARK, CA 90255
Window - M25
(323)582-5895
12/21/2018 7:07 PM
Transaction 752896

                        Amount     Fee
Money Order 3114393557  81.00     1.99
                        ------
Subtotal                          82.99
Tendered                         100.00
Change                            17.01-

**Thank You For Your Business**

PRIVACY NOTICE: WE DO NOT DISCLOSE
ANY NONPUBLIC PERSONAL INFORMATION
TO ANYONE, EXCEPT AS PERMITTED BY
LAW.

AUTO TITLE LOANS AVAILABLE NOW AT

## Receipt 3 (Middle Bottom)

CONTINENTAL CURRENCY SERVICES
2400 E. FLORENCE AVE.
HUNTINGTON PARK, CA 90255
Window - M24
(323)582-5895
12/28/2018 2:02 PM
Transaction 867600

                        Amount      Fee
STATE OF CALIFORNIA     690.74    10.42
MONEY GRAM               20.00     5.00
MTCN: 74999418
                        ------
Subtotal                          655.32-
Tendered                            .00

## Receipt 4 (Right)

1550 Utica Ave S
Minneapolis, MN 55416
1(800)926-9400
www.moneygram.com

CONTINENTAL CURRENCY SERVICES - #0001
2400 E FLORENCE AVE
HUNTINGTON PARK, CA 902555727 UNITED STATES
Phone\Teléfono: 3235825895
506564970702

Date\Fecha: 29 Dec 2018
Time\Hora: 01:57 PM

Sender Information\
Información del remitente:
RICO FIGUEROA RENATO LEONARDO
6037 FLORENCE AVE
SOUTH GATE, CA USA 90280
Phone\Teléfono: 3238495360

Recipient Information\
Información del destinatario:
CATALINA RICO FIGUEROA
Expected Destination\
Destino Esperado:
MEX - Mexico ()
10 Minute Service\
Servicio 10 minutos

Reference Number\
Número de referencia:
49769136

Date Available in Receive Country\
Fecha disponible en país de destino:
29 Dec 2018

*May be available sooner*\
*Puede estar disponible antes*

Transfer Amount\
Monto de la transferencia:         290.00 USD
Transfer Fee\
Tarifa de la transferencia:         +9.99 USD
Transfer Taxes\
Impuestos de la transferencia:      +0.00 USD

Total\Total:                       299.99 USD

Exchange Rate\
Tipo de cambio:              1 USD = 19.5339 MXN

Transfer Amount\
Monto de la transferencia:        5664.84 MXN

Other Fees\
                                    -0.00 MXN

Otras tarifas\