DocuSign Envelope ID: 361B67FE-48F4-424D-904C-C63A7D7A1918

CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Isabel Rose Masanque, Esq., SBN 292673
Sara Gunderson, Esq., SBN 302582
Chris Carson, Esq., SBN 280048
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Renato Rico**,<br><br>        Plaintiff,<br><br>    v.<br><br>**Manijeh Tabatabai**, in individual and representative capacity as trustee of The Jahangiri Family Revocable Trust dated October 1, 2002; **Continental Currency Services, Inc**., a California Corporation;<br><br>        Defendants. | **Case:** 2:19-CV-00271-JFW-SS<br><br>**Declaration of Evens Louis in Support of Plaintiff's Motion for Summary Judgment** |

1. I, the undersigned, am investigator hired by the Center for Disability Access. Based upon my own experience and knowledge, I can competently testify to the following.

2. I was given the assignment of inspecting and measuring the transaction counter and writing surface at the Continental Currency Services located at or about 2400 E. Florence Avenue, Huntington Park, California.

3. I conducted my investigation on January 8, 2019.

1

4. I found that the writing surface located near the front door is located 42 inches above the floor.

5. I measured the transaction counters to be 42 inches high.

6. There is a lowered section in front of one of the transaction counters. However, on the date of my investigation, I did not see a teller at that window.

7. I personally took all my measurements with a measuring tape.

8. The photographs submitted as Exhibit "6" are true and correct copies of the photographs that I took during my inspection on January 8, 2019.

9. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: October 21, 2019    By: _____
                                          *Evens Louis*
                                    —18ED2CBB3817486…
                                           Evens Louis