

Plaintiff Rico, Summary Judgment, Ex. No. 6



Plaintiff Rico, Summary Judgment, Ex. No. 6



Plaintiff Rico, Summary Judgment, Ex. No. 6



Plaintiff Rico, Summary Judgment, Ex. No. 6



Plaintiff Rico, Summary Judgment, Ex. No. 6



Plaintiff Rico, Summary Judgment, Ex. No. 6



Plaintiff Rico, Summary Judgment, Ex. No. 6



Plaintiff Rico, Summary Judgment, Ex. No. 6