**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV19-271 JFW(SSx)** | Date: November 1, 2019 |
| Title: | Renato Rico vs. Manijeh Tabatabai, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [filed 10/21/2019; Docket No. 20]

In light of the parties' failure to conduct the Court-ordered Settlement Conference, Plaintiff's Motion for Partial Summary Judgment is **DENIED**.

IT IS SO ORDERED.