UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV19-271 JFW(SSx)**                                          Date:  November 1, 2019

Title:   Renato Rico vs. Manijeh Tabatabai, et al.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

    In the Court's Scheduling and Case Management Order ("CMO"), filed May 5, 2019 (Docket No. 18), the Court set October 1, 2019 as the last day to conduct a Settlement Conference, and October 4, 2019 as the last day to file a Joint Report Re: Results of Settlement Conference.  The parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court-ordered deadline of October 1, 2019, and by failing to file the Joint Report Re: Results of Settlement Conference by the Court-ordered deadline of October 4, 2019.

    Accordingly, the parties are ordered to show cause in writing by **November 5, 2019** why the Court should not impose sanctions in the amount of $3,500.00 against lead counsel for each of the parties, and/or why this case should not be dismissed, for violation of the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or the dismissal of this action.

    IT IS SO ORDERED.