CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
James Richard Boyd, Esq., SBN 175597
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Renato Rico**, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>**Manijeh Tabatabai**, in individual and representative capacity as trustee of The Jahangiri Family Revocable Trust dated October 1, 2002; **Continental Currency Services, Inc.**, a California Corporation; and Does 1-10, <br><br>　　　　Defendants. | **Case No.**: 2:19-cv-00271-JFW-SS <br><br> **DECLARATION OF JAMES RICHARD BOYD IN RESPONSE TO THE COURT'S NOVEMBER 1, 2019 ORDER TO SHOW CAUSE [DKT. 27]** |

### JAMES BOYD DECLARES:

1. I am licensed to practice law in the State of California and before this Court. I am an attorney for Plaintiff Renato Rico and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2. The parties mediated on September 26, 2019. I represented Plaintiff at the mediation.

3. Following the mediation, Plaintiff's counsel circulated a draft joint mediation report to the defense. We resolved all necessary changes. I then instructed my staff to file the document.

4. The staff member I assigned this task to was unable to locate my ECF login information and, thus, did not file the document. However, the staff member did not report this to me.

5. Therefore, I believed the joint report had been filed, as I instructed, and was not aware until the Court's issued its Order to Show Cause issued that my belief was incorrect.

6. I apologize to the Court for this oversight. I have addressed this matter internally.

7. Accordingly, Plaintiff requests this Court either discharge its Order without issuing sanctions.

8. Further, the Court denied Plaintiff's Motion for Summary Judgment summarily for failing to conduct the Settlement Conference. Dkt. 26. As Plaintiff did not fail to conduct the Settlement Conference, Plaintiff respectfully requests this Court reconsider its denial.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

Dated: November 5, 2019                    CENTER FOR DISABILITY ACCESS

                                           By: */s/ James Richard Boyd*
                                           James R. Boyd
                                           Attorneys for Plaintiff