1  CENTER FOR DISABILITY ACCESS
   Russell Handy, Esq., SBN 166317
2  Phyl Grace, Esq., SBN 171771
   Dennis Price, Esq., SBN 279082
3  James Richard Boyd, Esq., SBN 175597
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  phylg@potterhandy.com

6  Attorneys for Plaintiff

7  BARABAN AND TESKE
   James S. Link, SBN 94280
8  215 North Marengo Ave., 3rd Floor
   Pasadena, CA 91101
9  james.s.link@att.net

10 Attorney for Defendants Manijeh
   Tabatabai and Continental Currency
11 Services, Inc.

12

13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15

16

17 **Renato Rico**,                         | **Case No**. 2:19-CV-00271-JFW-SS

18         Plaintiff,                       | **Joint Report Regarding Mediation**

19    v.

20 **Manijeh Tabatabai**, in individual
   and representative capacity as
21 trustee of The Jahangiri Family
   Revocable Trust dated October 1,
22 2002;
   **Continental Currency Services,
23 Inc**., a California Corporation; and
   Does 1-10,
24
          Defendants
25

26

27
        Through their respective attorneys of record, Plaintiff Renato Rico and
28
   Defendants Manijeh Tabatabai and Continental Currency Services, Inc.,

                                        2

jointly report that the within matter was mediated on September 26, 2019 before the privately retained mediator, Phyllis G Pollack. The case did not settle at the mediation.

At the mediation, plaintiff was represented by James Richard Boyd; and Defendants Manijeh Tabatabai and Continental Currency Services, Inc., were represented by James S. Link.

<u>Mediation Efforts</u>:

Counsel of record, client representatives and parties with full authority to negotiate a settlement and execute an agreement resolving all of the issues in this matter participated in the mediation. The case did not settle at the mediation.

Dated: October 1, 2019        CENTER FOR DISABILITY ACCESS

By: __/s/ James Richard Boyd_____
    James Richard Boyd
    Attorney for Plaintiff

Dated: October 1, 2019        BARABAN AND TESKE

By: __/s James S. Link_____
    James S. Link
    Attorney for All Defendants