CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
James Richard Boyd, Esq., SBN 175597
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Renato Rico**, <br><br> Plaintiff, <br><br> v. <br><br> **Manijeh Tabatabai**, in individual and representative capacity as trustee of The Jahangiri Family Revocable Trust dated October 1, 2002; **Continental Currency Services, Inc**., a California Corporation; and Does 1-10, <br><br> Defendants. | **Case No.**: 2:19-cv-00271-JFW-SS <br><br> ***SUPPLEMENTAL DECLARATION* OF JAMES RICHARD BOYD IN RESPONSE TO THE COURT'S NOVEMBER 1, 2019 ORDER TO SHOW CAUSE [DKT. 27]** |

## **JAMES BOYD DECLARES:**

1. I am licensed to practice law in the State of California and before this Court. I am an attorney for Plaintiff Renato Rico and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2. The parties mediated on September 26, 2019. I represented Plaintiff at the mediation.

3. I am also Lead Trial Counsel in this matter.

| | |
|---|---|
| 1 | I declare under penalty of perjury of the laws of the State of California and the |
| 2 | United States that the foregoing is true and correct to the best of my knowledge. |

Dated: November 8, 2019     CENTER FOR DISABILITY ACCESS

By: */s/ James Richard Boyd*
James R. Boyd
Attorneys for Plaintiff